# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manios Properties LLC, | No. CV-17-01700-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Riverport Insurance Company of California, | |
| Defendant. | |

The Court has reviewed the Parties' Stipulation for Dismissal With Prejudice. (Doc. 31.) For good cause shown,

**IT IS ORDERED** dismissing this case with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 1st day of November, 2017.

Douglas L. Rayes
United States District Judge